UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TRAVIS MARTEZ TAYLOR )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ECU HEALTH MEDICAL CENTER )<br>    Defendant. ) | **JUDGMENT**<br>5:23-CV-21-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendations of the United States Magistrate Judge, to which no objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 12, 2023 and for the reasons set forth more specifically therein, that this action is DISMISSED for failure to follow court's order.

**This Judgment Filed and Entered on May 12, 2023, and Copies To:**
Travis Martez Taylor (via US mail) 600 Penny Lane SE, Wilson, NC 27893

May 12, 2023        PETER A. MOORE, JR., CLERK

                 /s/ Sandra K. Collins
                (By) Sandra K. Collins, Deputy Clerk